MELINDA HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER LEE TARN CSBN 240609
Special Assistant United States Attorney
Social Security Administration
1600 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8825
Facsimile: (415) 744-0134
E-mail: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. JORDAN,<br><br>   Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner,<br>Social Security Administration,<br><br>   Defendant. | Case No. 5:14-cv-05037-BLF<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR EXTENSION TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR TO FILE ANY CROSS-MOTIONS** |

  IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, and with the approval of the Court, to extend the time by sixty days, from May 29, 2015 to July 28, 2015, for Defendant to respond to Plaintiff's Motion for Summary Judgment and/or file any cross-motion thereto, and extend all other dates in the Court's November 17, 2014 Social Security Procedural Order accordingly. Any reply by Plaintiff would be due by August 25, 2015. This is Defendant's first request for an extension.

There is good cause for this extension because the instant case is being reassigned to another attorney within the Social Security Administration's Office of the General Counsel, Region IX. An extension, therefore, is necessary to allow new counsel for Defendant an opportunity to become familiar with the factual and legal issues presented in Plaintiff's portion of the joint stipulation. Plaintiff also requests an additional two weeks to file his reply.

Date:   May 18, 2015

SACKETT AND ASSOCIATES

By:   /s/ *Harvey Peter Sackett*              *
HARVEY PETER SACKETT
Attorney for the Plaintiff
(* As authorized on May 18, 2015)

Date:   May 18, 2015

MELINDA HAAG
United States Attorney

By:   /s/ *Jennifer Lee Tarn*
JENNIFER LEE TARN
Special Assistant United States Attorney
Attorney for Defendant

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. DEFENDANT SHALL FILE HER RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON OR BEFORE JULY 28, 2015. PLAINTIFF SHALL FILE ANY REPLY THERETO ON OR BEFORE AUGUST 25, 2015.

Dated: May 19, 2015

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE